United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

DANNY HENDERLIGHT, J. WILL
SCHOFFNER, VIVIAN E. HAYES,
MARILYN HOLCOMB, GLEN CARMON,     JUDGMENT IN A CIVIL CASE
HELEN MONGER, CLIFFORD LIFORD

    Plaintiffs,
v.     CASE NUMBER: 3:03-cv-101

JOE L. LAY, JR., F. EDWIN LAY, JR.,
KENNETH LAY,

    Defendants.

---

JOE L. LAY, JR.,

    Third-Party Plaintiff,

    V.

HAMILTON FAIRFIELD, INC., WILLIS
ADMINISTRATIVE SERVICES
CORPORATION,

    Third-Party Defendants.

[]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to Fed. R. Civ. P. 68, judgment shall be entered against Third-Party Defendant Hamilton Fairfield, Inc. in an amount equal to the amount, if any, awarded to Plaintiffs Danny Henderlight, J. Will Schoffner, Vivian E. Hayes, Marilyn Holcomb, Glen Carmon, Helen Monger, and Clifford Liford against Defendant/Third-Party Plaintiff Joe L. Lay, Jr. in this action.

    May 25, 2006                                               Patricia L. McNutt, Clerk
Date

                                                                  By   s/ A. Brush         Deputy Clerk